IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARETH COY BOYD, | : |
| Plaintiff, | : |
| v. | Case No. 7:22-cv-00106-WLS-TQL |
| SHERIFF ASHLEY PAULK, *et al.*, | : |
| Defendants. | : |

## DISMISSAL ORDER

*Pro se* Plaintiff Gareth Coy Boyd, an inmate at the Lowndes County Jail in Valdosta, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 2. On October 20, 2022, Plaintiff's motion to proceed *in forma pauperis* was denied due to Plaintiff's ability to pay the full filing fee and he was ordered to pay the fee. ECF No. 44. Plaintiff was given fourteen (14) days to respond. *Id.* Plaintiff failed to respond.

Therefore, on November 10, 2022, the Court notified Plaintiff that it had not received a response and ordered him to show cause why his action should not be dismissed for failure to pay the filing fee. ECF No. 5. The Court unambiguously informed Plaintiff that his action would be dismissed if he failed to respond or otherwise address the filing fee. *Id.* Plaintiff was given fourteen (14) days to answer. Plaintiff has failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed.

R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 1st day of December, 2022.

W. LOUIS SANDS., JUDGE
UNITED STATES DISTRICT COURT