IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GARETH COY BOYD, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-106(WLS) |
| | * |
| Sheriff ASHLEY PAULK, et al. | |
| | * |
| Defendants. | |
| _____ | * |

## __J U D G M E N T__

Pursuant to this Court's Order dated December 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 1st day of December, 2022.

                                                  David W. Bunt, Clerk

                                                  s/ Robin L. Walsh, Deputy Clerk